# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0906
_____

SHERRI LYNN RENNER,

    Appellant,

    v.

CARLOS MUÑIZ, in his official capacity as Chief Justice of the Supreme Court of Florida; and JOSHUA DOYLE, in his official capacity as Executive Director of The Florida Bar.

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
J. Layne Smith, Judge.

April 8, 2024

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sherri L. Renner, pro se, Appellant.

M. Hope Keating, Greenberg Traurig, P.A., Tallahassee, for Appellee Joshua Doyle.

Ashley Moody, Attorney General, and Charles Joseph F. Schreiber Jr., Senior Assistant Attorney General, Tallahassee, for Appellee Chief Justice.